# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-12-81-BMM |
| Plaintiff, | |
| vs. | |
| JUNE LEE WOLVERINE, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 6, 2019. (Doc. 107.) Wolverine filed objections on August 15, 2019. (Doc. 112.) The Court reviews de novo findings and recommendations to which a party objects. 28 U.S.C. § 636(b)(1).

Judge Johnston conducted a revocation hearing on August 6, 2019. (Doc. 111 at 2.) The United States accused Ms. Wolverine of violating her conditions of supervised release by (1) consuming alcohol; (2) committing a new crime; (3) by using methamphetamine; and (4) by failing to report for mental health treatment. (Doc. 111 at 2.) Wolverine admitted allegations 1, 3 and 4, but denied allegation 2. (Doc. 111 at 2 and 3.) The United States did not attempt to prove that Wolverine had committed another crime. (Doc. 111 at 3.)

Wolverine now opposes Judge Johnston's Findings and Recommendations objecting to the recommended sentence of 3 months and requesting to allocute before the undersigned. (Doc. 112.)

The Court conducted a revocation hearing on September 3, 2019. (Doc. 114.) The Court has also considered the 18 U.S.C. § 3553(a) factors and agrees with Judge Johnston's Findings and Recommendations. Wolverine's violations of her conditions represent a serious breach of the Court's trust. These violation prove serious and warrant revocation of Wolverine's supervised release. Judge Johnston has recommended that the Court revoke Wolverine's supervised release and commit Wolverine to the custody of the Bureau of Prisons for three months. (Doc. 111 at 4.) Judge Johnston further has recommended that 33 months of supervised release follow her custody period with the first two months of supervised release spent at Passages in Billings, Montana. (Doc. 11 at 4.) The sentence recommended by Judge Johnston is sufficient, but not greater than necessary.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 111) is ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant June Lee Wolverine be sentenced to custody for three months, followed by 33 months supervised release with the first two months of supervised release spent at Passages in Billings, Montana.

DATED this 3rd day of September, 2019.

_____
Brian Morris
United States District Court Judge