# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-12-81-GF-BMM** |
| Plaintiff, | |
| vs. | |
| JUNE LEE WOLVERINE, | **ORDER** |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 30, 2021. (Doc. 161.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 29, 2021. (Doc. 156.)  The United States accused Wolverine of violating her conditions of supervised release 1) by failing to follow the instructions of her probation officer; and 2) by using methamphetamine on two separate occasions.  (Doc. 155.)

At the revocation hearing, Wolverine admitted to violating the conditions of her supervised release  1) by failing to follow the instructions of her probation officer; and 2) by using methamphetamine. (Doc. 156.)  Judge Johnston found that the violations Wolverine admitted proved to be serious and warranted revocation, and recommended that Wolverine receive a custodial sentence of 6 months with 19 months of supervised release to follow.  (Doc. 161.)  Wolverine was advised of her right to appeal and his right to allocute before the undersigned. (Doc.156.)  The violations prove serious and warrant revocation of Wolverine's supervised release.  The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 161) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant June Lee Wolverine be sentenced to the custody of the United States Bureau of Prisons for 6 months, with 19 months of supervised release to follow.

DATED this 15th day of July, 2021.

_____
Brian Morris, Chief District Judge
United States District Court